UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
SAMUEL HO, Individually and On Behalf of    )
All Others Similarly Situated,              )
                                            )
                Plaintiff                   )
                                            )
        vs.                                 )   Case No.  04-10363-DPW
                                            )
SONUS NETWORKS, INC., HASSAN AHMED, PH.D.   )
and STEPHEN NILL,                           )
                                            )
                Defendants.                 )
_____ )

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

                            Respectfully Submitted,

                            SONUS NETWORKS, INC.

                            By its attorneys,


                            /s/ Gregory F. Noonan_____
                            Jeffrey B. Rudman (BBO #433380)
                            James W. Prendergast (BBO #553073)
                            Daniel W. Halston (BBO #548692)
                            Gregory F. Noonan (BBO #651035)
                            Hale and Dorr LLP
                            60 State Street
                            Boston, MA 02109
                            (617) 526-6000

Dated: April 15, 2004

- 2 -

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Thomas G. Shapiro | Marc S. Henzel |
| Theodore M. Hess-Mahan | Law Offices of Marc S. Henzel |
| Shapiro Haber & Urmy LLP | 273 Montgomery Avenue |
| 75 State Street | Suite 202 |
| Boston, MA 02109 | Bala Cynwyd, PA 19004 |

Brian M. Felgoise
Law Office of Brian M. Felgoise
261 Old York Road
Suite 423
Jenkintown, PA 19046

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated:  April 15, 2004